UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN CORNELL,

        Plaintiff,

Case No. 1:12-cv-293

HON. PAUL L. MALONEY

v.

PORTFOLIO RECOVERY
ASSOCIATES, L.L.C.,

        Defendant.

_____/

## JUDGMENT

In accordance with Defendant's Offer of Judgment and Plaintiff's acceptance thereof (docket # 5 ), judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $4,500.00.

Date: May 11, 2012

/s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE